ASHEVILLE SHOWCASE & FIXTURE COMPANY v. RESTAURANT AS-
SOCIATES, INC., AND N. W. B. BUILDING OF ASHEVILLE, INC.

No. 6828SC428

(Filed 20 November 1968)

APPEAL from *McLean, J.,* 19 August 1968 Session, BUNCOMBE
County Superior Court.

A judgment by default final was entered 24 July 1968 for the
sum of $21,504.06 together with interest thereon from 18 January
1967 against both defendants. In this judgment a demurrer, filed 22
July 1968, was found not to have been timely filed and to be
frivolous and without merit.

*Patla, Straus, Robinson & Moore; Harold K. Bennett by E. Glenn Kelly, Attorneys for plaintiff appellee.*

*Gudger and Erwin by James P. Erwin, Jr., Attorneys for defendant, N. W. B. Building of Asheville, Inc., appellant.*

CAMPBELL, J.

All of the facts, including filing dates, dates of orders, hearings and adjudications, were the same as in the companion case bearing the same title and decided this day. Since the decisive facts in the instant case and in the companion case, *supra,* are the same, upon authority thereof and cases therein cited, we hold that the demurrer having been timely filed and not being frivolous, it should be passed upon on its merits. Until that is done and the demurrer disposed of, the time for filing an answer has not expired.

Error and

Remanded.

MALLARD, C.J., and MORRIS, J., concur.